IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. BERTITA TRABERT GRAEBNER, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust; TALLIE R. TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust; T. VERNON TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust,

Plaintiffs,

v.

MICHAEL E. JAMES, an individual; MNM PROPERTIES, LLC, a foreign Limited Liability Company, WM. PAGE & ASSOCIATES, INC., a foreign corporation; WILLIAM SCOTT PAGE, an individual, and DOES 1-50, inclusive,

Defendants.
                                                              /

No. C 12-01694 WHA

**ORDER RE MOTION TO AMEND OR CORRECT**

Plaintiff E. Bertita Trabert Graebner filed a motion for leave to amend or correct the complaint (Dkt. No. 22). Plaintiff's motion states that the proposed amendments add factual allegations and clarify allegations, but do not add any additional claims or defendants. The parties stipulated to a briefing schedule requiring the parties to either stipulate to the amendments sought by plaintiff's motion or file oppositions by noon on August 24, 2012.

No oppositions or stipulations to allow amendment have been filed. It is hereby ordered that any response to plaintiff's motion must be filed by **NOON ON SEPTEMBER 21, 2012**. If no response is filed, plaintiff's motion for leave to amend may be granted. The hearing date, scheduled for September 27, shall remain in place.

**IT IS SO ORDERED.**

Dated: September 17, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE