IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. BERTITA TRABERT GRAEBNER, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, TALLIE R. TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, T. VERNON TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust,

Plaintiffs,

v.

MICHAEL E. JAMES, an individual, MNM PROPERTIES, LLC, a foreign limited liability company, WM. PAGE & ASSOCIATES, INC., a foreign corporation, WILLIAM SCOTT PAGE, an individual, and DOES 1–50, inclusive,

Defendants.

No. C 12-01694 WHA

**ORDER REGARDING REQUEST FOR CLARIFICATION**

Defendants William Scott Page and Wm. Page & Associates, Inc., doing business as The Lifeline, seek clarification of the December 11 order that dismissed the breach of fiduciary duty claim as to defendant Lifeline. Defendants request clarification as to whether the claim was also dismissed as to defendant William Scott Page, the alleged alter ego of Wm. Page & Associate. This order clarifies that the December 11 order dismissed the breach of fiduciary duty claim as to both William Scott Page and Wm. Page & Associates, referring to the two collectively as "Lifeline."

**IT IS SO ORDERED.**

Dated: December 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE