United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. BERTITA TRABERT GRAEBNER, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, TALLIE R. TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, T. VERNON TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL E. JAMES, an individual, MNM PROPERTIES, LLC, a foreign limited liability company, WM. PAGE & ASSOCIATES, INC., a foreign corporation, WILLIAM SCOTT PAGE, an individual, and DOES 1–50, inclusive,<br><br>Defendants. | No. C 12-01694 WHA<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE DISMISSED; RESETTING PRE-TRIAL CONFERENCE** |

An order issued granting defendants William Page and Wm. Page & Associates, Inc.'s motion for summary judgment, filed concurrently herewith. On February 22, the Clerk entered default as to defendants Michael James and MNM Properties, LLC ("James defendants"), now the only defendants remaining in this action. The James defendants have not made any filings on the public docket since that time, although James submitted a declaration in support of Page and Wm. Page & Associates' motion for summary judgment. The final pre-trial conference in this action is currently set for August 7, with trial set for August 19.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the James defendants should not be dismissed. Plaintiffs may file a motion for default judgment if they so choose. Plaintiffs' response or motion is due by **AUGUST 1**. The pre-trial conference is hereby reset for **AUGUST 5 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2