United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. BERTITA TRABERT GRAEBNER, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, TALLIE R. TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, T. VERNON TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL E. JAMES, an individual, MNM PROPERTIES, LLC, a foreign limited liability company, WM. PAGE & ASSOCIATES, INC., a foreign corporation, WILLIAM SCOTT PAGE, an individual, and DOES 1–50, inclusive, <br><br> Defendants. | No. C 12-01694 WHA <br><br> **ORDER VACATING TRIAL AND PRE-TRIAL CONFERENCE DATES** |

On July 25, an order issued granting defendants William Page and Wm. Page & Associates, Inc.'s motion for summary judgment. The only remaining defendants in this action are Michael James and MNM Properties, LLC ("James defendants"), against whom the Clerk has entered default. Plaintiffs were ordered to show cause why the James defendants should not be dismissed and were instructed that they could file a motion for default judgment. Plaintiffs have now filed such a motion, noticed for hearing on September 5 at 8:00 a.m. Accordingly, the dates for the pre-trial conference and trial are **HEREBY VACATED**, to be reset at a later date if

necessary. Plaintiffs must serve this order on the James defendants forthwith.

**IT IS SO ORDERED.**

Dated: August 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2