IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. BERTITA TRABERT GRAEBNER, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, TALLIE R. TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust, T. VERNON TRABERT, individually and as Trustee of the El Nora L. Trabert Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL E. JAMES, an individual, MNM PROPERTIES, LLC, a foreign limited liability company, WM. PAGE & ASSOCIATES, INC., a foreign corporation, WILLIAM SCOTT PAGE, an individual, and DOES 1–50, inclusive,<br><br>Defendants. | No. C 12-01694 WHA<br><br>**NOTICE RE TRIAL DATE** |

In this case alleging fraud in the sale of viatical life settlement contracts, our court of appeals has reversed the grant of summary judgment based on the statute of limitations and remanded for further proceedings.  While the Court is aware that our court of appeals has not yet issued its mandate, all counsel should be prepared for a trial date of **FEBRUARY 16, 2016**, with a final pretrial conference on **FEBRUARY 10**, subject only to the priority of criminal trials.  Once the mandate issues, a case management conference will be set for **JANUARY 21, 2016**, with a joint statement due on **JANUARY 14.**

Dated:  December 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE